### KRUPP *v.* ADAMS.

EXECUTION—PARTNERSHIP PROPERTY—INDIVIDUAL DEBT—ENJOINING SALE.

> An officer who has levied on the undivided interest of a member of a copartnership in a portion of the partnership property, to satisfy an individual debt of such copartner, may, at the suit of the firm, be perpetually enjoined from selling the property under such levy.

Appeal from Kent; Adsit, J. Submitted April 5, 1900. Decided May 18, 1900.

Bill by John C. Krupp and Anthony Ernest, copartners, against William M. Adams and others, to restrain the sale of certain property under an execution. From a decree for complainants, defendants appeal. Affirmed.

*Dunham & Dunham,* for complainants.

*Maher & Salsbury,* for defendants.

PER CURIAM. This cause is referred to in the case of *Ernest* v. *Woodworth, ante,* 1 (82 N. W. 661). That

case was in replevin for certain apples. In the present case, a bill was filed to restrain the defendants from selling the apples in controversy. The facts are sufficiently stated in the other case, except that it now appears in the present case that the court on the hearing entered a final decree making the injunction perpetual, with costs in favor of complainants. Defendants have appealed. The other case having been affirmed, the decree here must be affirmed under the decision in that case. Complainants will recover costs.